THE STATE, EX REL. MCKIM, APPELLANT, *v.* HOBART CORPORATION ET AL., APPELLEES.

[Cite as State, ex rel. McKim, *v.* Hobart Corp. (1991), 58 Ohio St. 3d 99.]

(No. 90-67—Submitted November 27, 1990—Decided March 20, 1991.)

*Michael J. Muldoon,* for appellant.

*Thompson, Hine & Flory, Theodore E. Laszlo* and *Michelle La-Fond Potter,* for appellee Hobart Corporation.

*Lee I. Fisher,* attorney general, and *Peter E. DeMarco,* for appellee Industrial Commission.

*Per Curiam.* Appellant seeks a writ of mandamus from what is essentially an interlocutory discovery order. Mandamus, however, does not lie from such orders. *State, ex rel. Sobczak,* v. *Skow* (1990), 49 Ohio St. 3d 13, 550 N.E. 2d 455.

For the reason stated above, the judgment of the court of appeals is affirmed.

*Judgment affirmed.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.